Jamie Rucker (JCR 6767)
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278
(212)264-0300

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
**CELESTE J. MATTINA, Regional Director,**
**Region 2, National Labor Relations Board,**
**for and on Behalf of the NATIONAL**
**LABOR RELATIONS BOARD,**

       Petitioner,

 -against-            08 Civ. 03332

**SAIGON GRILL GOURMET RESTAURANT, INC. &**
**SAIGON SPICE, INC. d/b/a SAIGON GRILL**  J. Chin
**RESTAURANT,**

       Respondent.     ECF
------------------------------------------x

### AFFIDAVIT OF SERVICE

I, the undersigned employee of the National Labor Relations Board, being duly sworn, depose and say that on April 4, 2008 I served the Petition for Temporary Injunction with attached Exhibits, Memorandum in Support thereof, Affidavit of Celeste J. Mattina, Motion to Try Petition for Temporary Injunction on the Basis of the Record, Memorandum in Support thereof, Order to Show Cause, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, 3d Amended Instructions for Filing an Electronic Case or Appeal, and the Individual Rules of Judge Chin and Magistrate Judge Peck via overnight mail on April 4, 2008 on Respondent counsel at the address set forth below.

S. Michael Weisberg, Esq.
2463 Broadway
New York, New York 10025

Attorney for Respondent

Designated Agent

_____
National Labor Relations Board

Subscribed and sworn to by me
This 4th day of April 2008

_____
Notary Public

GREGORY B. DAVIS
Notary Public, State of New York
No. 31-4952963
Qualified in New York County
Commission Expires July 3, 2009