Jamie Rucker (JCR 6766) JUDGE CHIN
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278
(212)264-0300

08 CV 03332

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board,
for and on Behalf of the NATIONAL
LABOR RELATIONS BOARD,

                Petitioner,

   -against-                                08 Civ. _____

SAIGON GRILL GOURMET RESTAURANT, INC. &
SAIGON SPICE, INC. d/b/a SAIGON GRILL         J. _____
RESTAURANT,

                                                         ECF
              Respondent.
------------------------------------------------x

STATE OF NEW YORK    )
                             ):
COUNTY OF NEW YORK   )

    I, Celeste J. Mattina, being first duly sworn, depose and say:

    1.   I am the Regional Director for Region 2 of the National Labor Relations Board. I have read the foregoing petition and know the contents thereof. The statements therein made upon personal knowledge are true, and those made upon information and belief, I believe to be true.

    2.   Petitioner, rather than moving by Notice of Motion, has requested the issuance of the Order to Show Cause herein returnable at the earliest date possible because Respondent's conduct, as alleged in the petition, constitutes serious and

flagrant unfair labor practices and, unless enjoined forthwith, such conduct will render meaningless the remedial provisions of the National Labor Relations Act. No previous application has been made for the relief sought therein.

_____
Celeste J. Mattina, Regional Director
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278

Sworn to before me this
3rd day of April 2008

_____
Notary Public

JOANE SI IAN WONG
Notary Public - State of New York
No. 02WO6048543
Qualified in Queens County
My Commission Expires Aug. 14, 20_10_