Jamie Rucker (JCR 6767)
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278
(212)264-0300

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board,
for and on Behalf of the NATIONAL
LABOR RELATIONS BOARD,

                Petitioner,

  -against-                              08 Civ. 03332

SAIGON GRILL GOURMET RESTAURANT, INC. &
SAIGON SPICE, INC. d/b/a SAIGON GRILL      J. Chin
RESTAURANT,

                Respondent.               ECF
------------------------------------------x

                      <u>AFFIDAVIT</u>

County of New York    )
                         ) SS
State of New York     )

    I, Shu Hui Chen, being duly sworn, do hereby affirm as follows:

1.    I began working for Saigon Grill Restaurant ("Saigon Grill," "the Restaurant," or "the Employer") in about 2002 or 2003. I worked at the Employer's facility at 620 Amsterdam Ave. I remained employed there until March 3, 2007, when I and all the other delivery persons were fired by Simon Nget and Michelle Nget.

2.    My work schedule at the time my employment ended was Monday through Sunday. Mondays and Fridays, I worked from 11:00 a.m. until midnight; on Tuesdays and Sundays I worked from 5:00 p.m. to 10:30 p.m.; on Wednesdays I worked from 11:30 a.m. to midnight; on Thursdays I worked from noon until midnight; and on

Saturdays I worked from 5:00 p.m until midnight. I was paid $520 monthly. I also made about $4000 per month in tips.

3. Before I was fired in March 2007, the Employer used to pay me an extra dollar for deliveries over thirteen blocks away, and an additional dollar for each additional fourteen blocks. I also used to receive an extra dollar from the Employer for deliveries to the East Side.

4. Some of my former co-workers at the Restaurant received written offers to return to work part-time in about mid-March 2008. I did not receive any letter or telephone call from Simon Nget, the owner of the Restaurant, offering to return me to work.

5. I went to the Restaurant on about March 17, 2008, when some of my former co-workers, including Yu Ming Yu, were returning to work at the Restaurant. I spoke to Simon Nget there and presented him with documents demonstrating that I was authorized to work in the United States. Simon Nget made copies of my documents and took down my phone number. Simon Nget told me that he had not yet arranged a schedule for me to work. He did not promise to call me. To date no one from the Restaurant has called or written to me to offer to return me to work.

I have read this statement of 2 pages, including this one, I fully understand its contents, and I certify that it is true and correct to the best of my knowledge and belief.

_____
Shu Hui Chen

Sworn to before me at
26 Federal Plaza, Room 3614
New York, New York this
22nd day of April 2008

_____
Jamie Rucker, Board Agent, NLRB

I am fluent in English and Mandarin Chinese, I have read the foregoing document, and I certify that it is a true and accurate translation of the attached affidavit of Shu Hui Chen, given April 22, 2008.

_____
Su Yun Chen

2

宣誓书

我，陈书辉发誓并特定确定以下的内容。

1. 我开始在 Saigon Grill Restaurant ("Saigon Grill," "餐馆") 或雇主里面上班是在 2002年或 2003年。我是在雇主的 620 Amesterdam 的地方上班。我一直在那里上班直到 2007年3月3号。那时我和其他全部的送货人员都被 Simon Nget 和 Michelle Nget 解雇。

2. 在我被解雇之前的上班时间是从星期一到星期天。星期一和星期五 我是从上午11点开始上班到晚上12点。在星期二和星期天，我是从下午5点开始上班到晚上10点半。星期三是从上午11点半到晚上12点。星期四是从中午12点到晚上12点。还有星期六是从下午5点到晚上12点。每个月我的薪水是$520。每一个月，我赚到的小费在$4000左右。

3. 在2007年3月份我被解雇之前，每一个送货过13条街的车，雇主会多付1块钱。如果那车似地比再起过14条街的，又会加副块钱。以前，如果我送餐到车似的话，雇主不会再加额外的钱。

4. 在2008年3月中的时候，有一些前餐馆里的旧员工收到书面的信说可以回去上半天的工。我没有从 Simon Nget，餐馆的老板那里收到过任何书面的信叫我回去上班。

5. 在2008年3月17号的时候，我去过餐馆。那时有一些别员工思抱和 Ming Yu 已经回去上班了。我跟 Simon Nget 谈并而且也给他看我是允许在美国上班的证件。Simon Nget 有复印了我的证件，也记下我的号码。Simon Nget 告诉我说，他还没有办法安排我上班。他当时没有说会打电话给我。到目前为止，没有人从餐馆里打电话给我或写信给我叫我回去上班。

6. 我已读过这份2张的申明书报告这一张。我完全明白这上面的内容。根据我所知道的和所信的，确定这里面的内容是真实的。

CHEN SHU HUI
Shu Hui Chen

在我面前发誓是在
26 Federal Plaza, 房间 3614
New York, New York
在 2008年 4月22号.

Jamie Rucker, Board Agent, NLRB