Jamie Rucker (JCR 6767)
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278
(212)264-0300

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
**CELESTE J. MATTINA, Regional Director,**
**Region 2, National Labor Relations Board,**
**for and on Behalf of the NATIONAL**
**LABOR RELATIONS BOARD,**

                        Petitioner,

     -against-                                  **08 Civ. 03332**

**SAIGON GRILL GOURMET RESTAURANT, INC. &**
**SAIGON SPICE, INC. d/b/a SAIGON GRILL**       **J. Chin**
**RESTAURANT,**

                        Respondent.                **ECF**
------------------------------------------x


                        <u>**AFFIDAVIT**</u>

County of New York     )
                       )  SS
State of New York      )


     I, Yu Ming Yu, being duly sworn, do hereby affirm as
follows:

1.    I began working for the Employer as a delivery person in
about late February 2006 at the Employer's facility at 620
Amsterdam Ave.  I remained employed there until March 3, 2007,
when I and all the other delivery persons were fired by Simon
Nget and Michelle Nget.
2.    Just before I was fired, I worked Monday through Saturday,
from 5:00 p.m. to 10:30 p.m.  I also sometimes worked Sundays, if
the Employer was particularly busy, also from 5:00 p.m. to 10:30

p.m.   I was paid $348.00 per month by the Employer and I earned
an additional $2300 per month in tips, approximately.

3.    I returned to work on Monday, March 17, 2008.  My work
schedule is from 5:30 p.m. to 10:00 p.m., Wednesday through
Monday.  I am paid $5.15 per hour.

4.    There are about seven other delivery people working for the
Restaurant, in addition to me.  Those include Li Qiang Lin, Jian
Yu Chen, Chen Guo Jin, Su Jie Chen, and Quo Jing Liu.  All five
of those individuals were working for the Restaurant back in
March 2007, when the Employer fired all its delivery workers.
However, Su Jie Chen and Quo Jing Liu never joined Local 318
Restaurant Workers Union ("the Union") and neither of those two
participated in the wage and hour lawsuit that most of the former
delivery workers brought against the Restaurant.

5.    The other two delivery employees are new hires.  I do not
know their names.

6.    The two new employees are working more hours than I do each
week.  They are already at work when I arrive, and a couple of
them have told me that they begin work at around noon some days
and at 4:00 p.m. on other days.

7.    Sue Jie Chen has told me that three days a week he works
from 4:00 p.m. to 10:00 p.m. and that on another three days a
week he works from 11:30 a.m. to 2:30 p.m. and then from 6:00
p.m. to 10:00 p.m.

8.    Quo Jing Liu has told me that he begins work at noon four
days a week and at 4:00 p.m. another three days a week and that
he works until midnight every day.  Although Quo Jing Liu punches
out by no later than 10:00 p.m. and sometimes punches out
earlier, he continues to work after 10:00.  I have seen him still
working, taking out deliveries, after I have punched out and am
eating my meal or cashing out my tips or just talking to co-
workers.

9.    Each delivery order is entered into a computer system at the
Restaurant.  The computer record indicates the address of the
customer, what the customer has ordered, the cost of the food
ordered, and the time the order was made.  Also, each delivery

person is assigned a specific letter to identify him.  My letter is "H."  When I go to deliver an order, I look at the address the person who took the order has written on the bag.  I pull up the order I am going to deliver on the computer system (using that address from the bag) and enter my letter for that order.  That identifies me as the person who delivered the specific order. That record does not get immediately printed out on a piece of paper, however, but is simply recorded on the computer.

10.  At the end of the day, I  receive a computer print-out from the cashier for every order I have delivered that day.  The print-out shows the order number, which starts at 5001 each day, the time the order was called in, the time I picked up the order to take it out for delivery, the items sold, and the amounts of the sale and, if it is a credit card sale, the amount of the tip on the credit card.  All of the deliveries are divided into either credit card or cash sales.  I have to turn in the amount of the cash sales, less any amount of credit card tips listed on the print-out.

I have read  this statement of 3 pages, including this one, I fully understand its contents, and I certify that it is true and correct to the best of my knowledge and belief.

_____
Yu Ming Yu


Sworn to before me at
26 Federal Plaza, Room 3614
New York, New York this
22nd day of April 2008


_____
Jamie Rucker, Board Agent,
National Labor Relations Board

I am fluent in English and Mandarin Chinese, I have read the foregoing document, and I certify that it is a true and accurate translation of the attached affidavit of Yu Ming Yu, given April 22, 2008.

_____
Su Yun Chen

3

宣誓书

我，　　　　　发誓并特此确定以下的内容：

1. 我是从 2006年 2月份开始为雇主上班。我是做送餐员在 620 Amsterda Ave. 我一直在那里上班直到 2007年 3月 3号。当时我是和全部其他的送餐员同时被 Simon Nget 和 Michelle Nget 解雇。

2. 在我还没被解雇之前，我是上星期一到星期六，从下午 5点 到 晚上 10点半。有时候我在星期天也上班，如果雇主那天很忙。但工作时间也是从下午 5点 到晚上 10点半。雇主付我月 348.00 每一个月。我大约会只拿到小费是在 ±2300 左右。

3.

3. 我是从 2008年 3月 17号，星期一回去上班的。上班的时间是从下午 5点半到晚上 10点，星期三到星期一。每小时薪水是 $5.15。

4. 那里除了我之外，还有其他 7个送餐员在那里上班。那些人包括：Li Qiang Lin, Tian Xu Chen, Chen Guo Jin, Su Jie Chen, 和 Quo Jing Liu。这五个人在 2007年 3月份被雇主解雇时所有送餐员的时候，都有在餐馆里上班。但是，Su Jie Chen 和 Quo Jing Liu 从来没有参加地方 318餐馆员工工会("工会")。这两个人也没有跟大多数旧送餐员一起告餐馆关于工资和工作时间问题。

5. 那两个另外的送餐员是新请的。我不知道他们的名字。

6. 那两个新请来的员工 每个星期 上班时间比我长。当我 每个星期 上班的时候，他 每个星期 已经在上班了。还有其中一些告诉我说，他们有些天是从 中午 开始，其它天是从下午 4点 开始。

7. Chen, Sue Jie 告诉我说 一个星期当中 有三天他是从下午 4点 开始上班到晚上 10点，然后其它三天，他是从上午 11点半到下午 2点半，然后从 6点 开始到晚上 10点。

8. Quo Jing Liu 有告诉我说他一个星期当中 有 4天是从中午 12点 开始上班，然后其它 3天是从下午 4点 开始。他每一天都上班到晚上 12点。虽然 Quo Jing Liu 在会在晚上 10点 之后 打卡，有时会更早打卡，但是，他在晚上 10点 之后继续上班。我有看到他，继续上班，拿单出去送餐 是在我打卡之后，有时是在我吃、饮，数我总共的小费 或者 跟同事闲聊。

（在餐馆里）

9. 每一个送餐的单是要打入一个电脑系统的。在电脑里纪记入客人的地址，客人点的菜，整个单的总价格和定单的时间。还有，每一个送餐员有指定一个代号号来代表他。我的代号是"H"。当我去送餐的时候，我会看直接单的从号袋上面的地址。根据袋上面的地址，我把这个单从电脑里面清除，然后在那个单上打入我们的代号。那样子就可以指出是我送个这个餐，但那个记录不会写上从电脑里打印出来，它只是记录在电脑里。

10. 每一天上班结束的时候，我会从收银员那里收到一张电脑打印出来的单，那单里会显示出当天我送的每一个单。打印出来的单里有定单的号码（每一天的号码都是从5001开始），定单的时间，我拿餐去送的时间，要菜单名定，和价格多少。如果这是付信用卡的单，小费的数会在信用卡的单上。全部送的单会分为付信用卡或付现金。我要结回除了信用卡上的小费的现金销售额。

　　我已读过这份3张的声明书包括这一张。我完全明白这里面的内容，依据以及我所知道的和我所信的，我确定这里面的内容是真实的。

　　　　　　　　　　　　　　　　　　Yu Ming Yu

在我面前发誓是在
26 Federal Plaza Room 3614
New York, New York
在 2008年4月份22号

　　Jamie Rucker, Board Agent
National Labor Relations Board