Jamie Rucker (JCR 6767)
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278
(212)264-0300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board,
for and on Behalf of the NATIONAL
LABOR RELATIONS BOARD,

              Petitioner,

  -against-                        08 Civ. 03332

SAIGON GRILL GOURMET RESTAURANT, INC. &
SAIGON SPICE, INC. d/b/a SAIGON GRILL     J. Chin
RESTAURANT,

              Respondent.            ECF
------------------------------------x

AFFIDAVIT OF SERVICE

I, the undersigned employee of the National Labor Relations Board, being duly sworn, depose and say that on April 23, 2008 I served the following documents on Respondent counsel by overnight mail at the address set forth below:

Petitioner's Reply Brief in Support of Petition for Temporary Injunction Under Section 10(j) of the National Labor Relations Act

Affidavit of Shu Hui Chen

Affidavit of Ming Hua Chen

Affidavit of Yu Ming Yu

Affidavit of Jian Yun Chen (April 22, 2008)

Affidavit of Jian Yun Chen (June 22, 2007)

Affidavit of Chen Guo Jin

S. Michael Weisberg, Esq.
2463 Broadway
New York, New York 10025

Attorney for Respondent

Designated Agent

_____
National Labor Relations Board

Subscribed and sworn to by me
This 23rd day of April 2008

_____
Notary Public

JOANE SI IAN WONG
Notary Public - State of New York
No. 02WO6046543
Qualified in Queens County
My Commission Expires Aug. 14, 20_10_